AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | |
|---|---|
| Gabriel Cartagena, | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. |
| Sixth Avenue West Associates LLC, | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Sixth Avenue West Associates LLC
13 East 16th Street, New York, NY 10003

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Abdul Hassan Law Group, PLLC
215-28 Hillside Avenue
Queens Village, NY 11427

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 5/1/2023 _____

s/ G. Pisarczyk

_____
*Signature of Clerk or Deputy Clerk*

# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Purchased/Filed: May 1, 2023

Index #   1:23-CV-03611-ALC

---

*GABRIEL CARTAGENA*                                               Plaintiff

against

*SIXTH AVENUE WEST ASSOCIATES LLC*                    Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY          SS.:

_____ JAMES PERONE _____, being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____ May 2, 2023 _____, at _ 11:00 AM _, at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

SUMMONS IN A CIVIL ACTION, COMPLAINT AND JURY TRIAL DEMANDED

on

SIXTH AVENUE WEST ASSOCIATES LLC _____, the

Defendant in this action, by delivering to and leaving with _____ Sue Zouky _____,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of

the Secretary of State of the State of New York, 99 Washington Avenue, Albany, NY, _2_ true copies thereof and that

at the time of making such service, deponent paid said Secretary of State a fee _40_ dollars; That said service was

made pursuant to Section _303 Limited Liability Company Law_. Deponent further says that deponent knew the

person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly

authorized to accept such service on behalf of said defendant

Description of the person served:  Approx. Age: _55-60_   Approx. Wt: _125lbs_   Approx. Ht: _5'1_

Color of skin: _White_   Hair color: _Red/Blonde_   Sex: _Female_   Other: _____

Sworn to before me on this

_2nd_ day of May 2023

SCOTT SCHUSTER
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01SC6308636
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES JULY 28, 2026

JAMES PERONE
Attny's File No.
Invoice·Work Order # S1892059

*SERVICO. INC.. P.O. BOX 871. ALBANY. NY 12201*