**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
**GABRIEL CARTAGENA,**                                    Docket No.: 23-CV-03611 (ALC)

          **Plaintiffs,**

    -against-

**SIXTH AVENUE WEST ASSOCIATES LLC,**

          **Defendant.**
-----------------------------------------------------------------X

## NOTICE OF APPEARANCE OF MATTHEW A. BROWN, ESQ. FOR DEFENDANT

PLEASE TAKE NOTICE that Matthew A. Brown, Esq. hereby appears as counsel for Defendant. I certify that I am admitted to practice in the United States District Court for the Southern District of New York.

Dated: Lake Success, New York
       July 27, 2023

          **MILMAN LABUDA LAW GROUP PLLC**

          /s Matthew A. Brown, Esq.
          Matthew A. Brown, Esq
          3000 Marcus Avenue, Suite 3W8
          Lake Success, NY 11042-1073
          (516) 328-8899 (office)
          (516) 328-0082 (facsimile)
          matt@mllaborlaw.com