# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**

---

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

Author: Matthew A. Brown - Partner
Direct E-Mail Address: matt@mllaborlaw.com
Direct Dial: (516) 303-1366

September 19, 2023

**Via ECF**

The Honorable Andrew L. Carter Jr., U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

> The initial pretrial conference is rescheduled to **November 2, 2023 at 12PM**.
>
> The Clerk of Court is directed to terminate the motion at ECF No. 17.
>
> SO ORDERED.
>
> Arun Subramanian, U.S.D.J.
> Date: September 20, 2023

Re:   *Cartagena v. Sixth Avenue West Associates LLC,*
      **Case No. 23-CV-03611 (ALC)**

Dear Judge Carter:

      This firm represents the Defendant in the above-referenced matter. This letter shall serve as Defendant's request that the Court adjourn the initial conference (and pre-conference submission deadline) until after the parties have conducted their first mediation session. Specifically, the parties are scheduled to appear for their first mediation session on October 26, 2023. An adjournment will preserve the resources of all parties and the Court because an initial conference would not be required in the event a resolution is reached. Plaintiff consents to the adjournment.

      Thank you for your attention to this matter.

Respectfully submitted,

cc:   All Counsel of Record (via ECF)       /s/ Matthew A. Brown